BART M. BOTTA, SBN 167051
MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:  (949) 752-2911
Facsimile:   (949) 752-0953

Attorneys for Plaintiff
TULELAKE POTATO DISTRIBUTORS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TULELAKE POTATO DISTRIBUTORS, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCKOEN & ASSOCIATES, LLC., an Oregon limited liability company; LINDA MCKOEN, as Executor and/or Administrator for the ESTATE OF MICHAEL MCKOEN; LEO F. MCKOEN, JR.; an individual; and MICHAEL J. MCKOEN, an individual,<br><br>Defendants. | CASE NO. S-03-CV-1564-DFL-DAD<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON** |

/ / / /

02-180/Stipulation of Dismissal                    1

Plaintiff TULELAKE POTATO DISTRIBUTORS, INC. ("Plaintiff") and Defendants McKOEN & ASSOCIATES, LCC; LINDA McKOEN; ESTATE OF MICHAEL McKOEN; LEO F. McKOEN; and MICHAEL J. McKOEN ("Defendants"), by and through their respective counsel of record as indicated below, hereby stipulate as follows:

1. The present matter has been resolved pursuant to a settlement as to all issues and all parties.

2. The Complaint filed by Plaintiff on or about July 25, 2003 be and hereby is dismissed with prejudice against all Defendants.

3. All parties shall each be responsible for their own attorney's fees and costs incurred in this case but not the attorney's fees and costs of any other party.

4. This Stipulation may be executed in one or more counterparts, each of which when so executed shall be deemed an original, but all of such counterparts shall constitute one and the same instrument.

**SO STIPULATED.**

**RYNN & JANOWSKY, LLP**

s/Bart M. Botta

Dated: _____   _____
BART M. BOTTA, attorneys for Plaintiff TULELAKE POTATO DISTRIBUTORS, INC.

**MEUERS LAW FIRM**

s/Katy L. Koestner

Dated: _____   _____
KATY L. KOESTNER, attorneys for Defendants McKOEN & ASSOCIATES, LLC, *et al.*

# **ORDER**

Based upon the review of the foregoing Stipulation for Dismissal and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety;

IT IS FURTHER ORDERED that Plaintiff's complaint and this lawsuit be and hereby are dismissed in their entirety, with prejudice, as to all parties and all causes of action.

IT IS SO ORDERED.

This 19 day of May, 2005.

_____
DAVID F. LEVI
United States District Judge

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 4100 Newport Place Drive, Suite 700, Newport Beach, California 92660.

On May 20, 2005, I served the foregoing document(s) described as: **STIPULATION OF DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

MS. KATY L. KOESTNER
MUERS LAW FIRM
5395 PARK CENTRAL COURT
NAPLES, FL 34109-5932

[ **X** ]  **BY U.S. MAIL**.   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Executed on May 20, 2005, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

s/Trista Dunn

_____
TRISTA DUNN

02-180/Stipulation of Dismissal

4